IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TAMIKA BLOCKER,              )
                             )
      Plaintiff,             )
                             )        CIVIL ACTION NO.
      v.                     )        2:14cv1160-MHT
                             )             (WO)
OFFICER EVELYN GIBBONS,      )
et al.,                      )
                             )
      Defendants.            )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that the actions taken against her during a previous term of incarceration at the Tutwiler Prison for Women were unconstitutional.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed without prejudice for plaintiff's failure to comply with an order of this court.  There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE